IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

> ORDER:
> Motion granted. The Initial Case Mgt Conference is continued to March 25, 2014, at 10:00 a.m.
>
> *E. Clifton Knowles*
> U.S. Magistrate Judge

| | |
|---|---|
| CTP INNOVATIONS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 3:13-cv-0582 |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| AMERICAN PRINTING COMPANY, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

## MOTION TO RESCHEDULE CASE MANAGEMENT CONFERENCE

COMES NOW Plaintiff CTP Innovations, LLC ("CTP"), and respectfully moves the Court reschedule the case management conference for a date (i) no less than 30 days from the date of the case management conference currently scheduled for January 27, 2013 at 2:00 p.m. CST, and/or (ii) after determination of motions to consolidate to be filed by CTP. In support of this motion, CTP would show as follows:

1. CTP is the owner of U.S. Patent No. 6,661,349 (the "'349 Patent") and U.S. Patent No. 6,739,155 (the "'155 Patent"; collectively, the "CTP Patents").

2. CTP currently has the following five cases involving the CTP Patents pending in the United States District Court for the Middle District of Tennessee.

>  *CTP Innovations, LLC v. American Printing Company*, Case No. 3:13-cv-00582;
>
>  *CTP Innovations, LLC v. MPI Label Systems*, Case No. 3:13-cv-00583;
>
>  *CTP Innovations, LLC v. Textile Printing Company*, Case No. 3:13-cv-00584;
>
>  *CTP Innovations, LLC v. Jet Printing, LLC*, Case No. 3:13-cv-00585; and
>
>  *CTP Innovations, LLC v. Dickinson Press Inc.*, Case No. 3:13-cv-00601.[1]

---

[1] CTP has resolved a sixth case, *CTP Innovations, LLC v. Ambrose Printing Company*, Case No.